# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

| | |
|---|---|
| LESER, RANDON<br>LESER, KINDRA | Case No. 18-20349<br>Chapter 7 Proceeding<br>Hon. Daniel S. Opperman |
|            Debtor(s),<br>_____/ | |

## STIPULATION TO EXTEND DEADLINE FOR TRUSTEE TO OBJECT TO DEBTORS' AMENDED SCHEDULES A/B AND C

     NOW COMES Daniel C. Himmelspach, Chapter 7 Trustee, and Randon and Kindra Leser, Debtor(s), by and through their attorney, Alexander Joseph Berry-Santoro, and stipulate to extend the deadline for the Trustee to file Objections to the Debtor's Amended Schedule A/B and C until **July 30, 2018**. Said stipulation extends to the Trustee only.

                                   Respectfully submitted,

Date: June 28, 2018          /s/ DANIEL C. HIMMELSPACH
                                         DANIEL C. HIMMELSPACH (P31950)
                                         Chapter 7 Trustee
                                         916 Washington, Ste. 305
                                         Bay City, MI 48708
                                         (989) 892-0400
                                         trusteehimmelspach@gmail.com

Date: June 28, 2018          /s/ ALEXANDER JOSEPH BERRY-SANTORO
                                         Alexander Joseph Berry-Santoro (P81545)
                                         Attorney for Debtor(s)
                                         23842 Joy Road
                                         Dearborn Heights, MI 48127
                                         Tel: (734) 904-7999
                                         santoroa@cooley.edu

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

LESER, RANDON                               Case No. 18-20349
LESER, KINDRA                                Chapter 7 Proceeding
                                                       Hon. Daniel S. Opperman
                         Debtor(s),
_____/

# ORDER EXTENDING DEADLINE FOR TRUSTEE TO OBJECT
# TO DEBTORS' AMENDED SCHEDULES A/B AND C

       This matter having come before the Court upon the Stipulation of the Trustee and the Debtor(s), and the Court being otherwise advised;

       NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for the Trustee to file Objections to the Debtor's Amended Schedules A/B and C is now extended to **July 30, 2018** for the Trustee only.