UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

**Randon and Kindra Leser,**                        CASE NO: 18-20349
                                                                     JUDGE: Hon. Daniel S. Opperman
                                                                     Chapter 7

         Debtor.
_____/

## STIPULATION FOR ENTRY OF ORDER WITHDRAWING
## DEBTOR(S) FIRST MOTION FOR SANCTIONS, DOCKET #34

       Debtor's Counsel, Alexander Berry-Santoro, having filed a MOTION FOR SANCTIONS, and a Response to the Motion having been filed, Debtor(s) Counsel and the Responding Counsel for PNC hereby stipulate to the entry of the following order, Exhibit 1.


Stipulated and approved for entry:


/s/Heather McGivern_____              /s/ Alexander Berry-Santoro
Heather McGivern (P59393)                 Alexander Berry-Santoro (P81545)
Attorney for Creditor, PNC                   Attorney for Debtor(s)
Orlans, PC                                          23843 Joy Road
1650 W. Big Beaver Rd.                         Dearborn Heights, MI 48127
PO Box 5041                                     (313) 724-5088
Troy, MI 48007                               alexsantoro@fregolaw.com
(248) 502-1548
HMcGivern@orlans.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

**Randon and Kindra Leser,**                                   CASE NO: 18-20349
                                                                                 JUDGE: Hon. Daniel S. Opperman
                                                                                 Chapter 7

                        Debtor.
_____/

## **STIPULATED ORDER WITHDRAWING**
## **DEBTOR(S) FIRST MOTION FOR SANCTIONS, DOCKET #34**

      Debtor's Counsel, Alexander Berry-Santoro, having filed a MOTION FOR SANCTIONS, and a Response to the Motion having been filed, Debtor(s) Counsel and the Responding Counsel for PNC hereby stipulate to the entry of the following order

           **IT IS HEREBY ORDERED** that Debtor's MOTION FOR REDEMPTION UNDER 11 U.S.C. 722 is hereby withdrawn, and this withdrawal will be treated as a dismissal WITH PREJUDICE

**EXHIBIT 1**